ANTHONY R. PALMIGIANO et al., Appellants, v. RICHARD C. STILES, Respondent. — Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: The photographs received in evidence clearly show that the left front of defendant's car collided with the left rear of the taxicab, from which an inference might be drawn that the taxicab entered the intersection before the defendant's car. This inference might have been overcome in the minds of the jurors by other evidence, and in the absence of error we would accept the jury verdict. We conclude, however, that in a case of this kind even slight error in the court's charge may have affected the result. The court did not adequately charge the right of way rule. When requested to so charge he refused to do so. Appellant was entitled to the charge as requested and the court's failure to so charge was error. We cannot say that this was not prejudicial to appellant and a new trial must be granted. All concur. (Appeal from a judgment for defendant Stiles for no cause of action in an automobile negligence action. The order denied plaintiff's motion for a new trial.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

■

JOHN C. LOUGHLIN, Appellant, v. BERNARD SHERVAN, Respondent.— Order affirmed, with $10 costs and disbursements. All concur, except Piper, J., who dissents and votes for reversal and for denial of the motion. (Appeal from an order vacating a warrant of attachment.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of PAUL J. BANAS, an Infant, by ANN BANAS, His Guardian ad Litem, Appellant, against CITY OF SYRACUSE, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order denying an application for permission to file notice of claim with the city after expiration of ninety days after time when the claim arose.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ. [204 Misc. 201.] [See *post,* p. 850.]

■

ERIE COUNTY WATER AUTHORITY, Respondent, v. WESTERN NEW YORK WATER COMPANY, Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying a motion by defendant Western New York Water Co. for a dismissal of the amended petition, and for a stay.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

■

MARIE J. ROBINSON, Respondent, v. DELAVAN AUTO PARTS, INC., Appellant, et al., Defendants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ZADWORNY, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crime of grand larceny, first degree.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.